IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 14-09149/EAG |
| | * | |
| ELVIN ORTIZ ZAYAS | * | |
| | * | CHAPTER 13 |
| DEBTOR | * | |

**DEBTOR'S MOTION IN COMPLIANCE WITH ORDER
DATED NOVEMBER 21, 2016 DOCKET #28
RE: CURING OF PLAN PAYMENTS ARREARS**

TO THE HONORABLE COURT:

**NOW COMES, ELVIN ORTIZ ZAYAS,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On November 21, 2016, the Court issued the following *Order*:

   "**ORDER**:

   The motion filed by Debtor requesting extension of time of (30) days to reply to Trustee's Motion to Dismiss (docket #27) is hereby granted". *Order,* dated November 21, 2016, docket no. 28.

2. The debtor respectfully submits that he has cured any and all arrears in his confirmed Plan payments to the Trustee. On December 12, 2016, he made one (1) $1,200.00 payment, check number 375, to cure all arrears in the confirmed Plan.

3. The debtor respectfully submits that he is up-to-date in the confirmed Plan payments, thus, respectfully requests the Court to take note of the aforestated deny the Trustee's motion to dismiss, docket #27, in the above captioned case.

**WHEREFORE**, debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in compliance with *Order* dated November 21, 2016, docket #28, in the above case.

Page – 2-
Debtor's Motion in Compliance with Order
Case no. 14-09149/EAG13

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send sent notice of same to: the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to debtor Elvín Ortiz Zayas, PO Box 2055, Salinas, PR 00751.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 13th day of December, 2016.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

```
ELVIN ORTIZ ZAYAS                                           375
PO BOX 2055
SALINAS, PR 00751                                      101-234/215

                                    12 Dic 2016
                                         Date
Pay to the   Alejandro Oliveras Rivers
Order of _____   $ 1,200.00
         Mil Docientos Dolares con 00/100 Dollars

 Santander
 Suc Plaza De Ponce • Ponce, PR
For #  14-09149              Elvin Ortiz Zayas

⑆021502341⑆ 310670124411⑈ 0375
```