IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ELVIN ORTIZ ZAYAS

DEBTOR(S)

CASE NO. 14-09149-EAG

CHAPTER 13

## TRUSTEE'S MOTION REGARDING
## CHAPTER 13 PLAN PAYMENTS

TO THE HONORABLE COURT:

Comes now, **Alejandro Oliveras Rivera**, Chapter 13 Trustee, who most respectfully states and prays as follows:

1. The Trustee submits the following information regarding debtor`s payments according to theconfirmed/approved plan as of 11/04/2014:

| | |
|---|---:|
| **The amount that should have been paid is** | $5,800.00 |
| **Receipts** | $5,600.00 |
| **Arrears** | $200.00 |
| **DATE LAST PAYMENT RECEIVED** | 04/12/2017 |

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above mentioned.

RESPECTFULLY SUBMITTED.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid to debtor(s) at the address of record.

In San Juan, Puerto Rico this : 4/13/2017

/s/ALEJANDRO OLIVERAS RIVERA
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CAD-OL