IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER: | CASE NO.: 14-09149 (EAG) |
| ELVIN ORTIZ ZAYAS<br>Debtor(s) | CHAPTER 13 |
| MONEY EXPRESS<br>Movant | (X) An action against the State under Title 11 USC §1307(c) (1) and §1307(c) (6), Title 11 USC §1326 |

## MOTION TO DISMISS

TO THE HONORABLE COURT:

Comes now Movant, **MONEY EXPRESS**, through its undersigning attorney, and very respectfully ALLEGES, STATES and PRAYS:

1. This Honorable Court have jurisdiction under Title 28 USC §1334, and venue under Title 28 USC §1408, and particularly regarding this matter under Title 11 USC §1307(c) (1), (4) and (6), on Conversions and Dismissals, and Title 11 USC §1326, on Payments.

2. Debtor filed a bankruptcy case under chapter 13 back on November 4, 2014. See, Bkcy Dck no 1

3. MOVANT, standing to address this court is ascertained as filed an unsecured proof of claim, on a small personal loan, with an outstanding debt of $3,872.37, under account no 8043. See, Clm Reg. 1.

4. As of to February 25, 2019 debtor(s) appeared already had the following installments owed to the chapter 13 Trustee: $800.00, for TWO (2) months in arrears. See, Attachment A.

5. Under the terms of the confirmed plan dated November 4, 2014 debtor(s) should have started to make continues payments since December 4, 2014, and as evidenced herein, the debtor(s) have failed to do so. See, Bkcy Dck no 1, 2 and 18.

6. Pursuant to the Service Members Civil Relief Act: - the data banks of the Department of the Defense Manpower Data Center confirmed that the debtor(s) is (are) not member(s) of the Uniformed Services (US Armed Forces, Navy, Marine Corps, Air Force, NOAA, Public Health, and Cost Guard.) See, Attachment B.

For the reasons stated above, MOVANT respectfully request from this Court to enter an order dismissing the present case pursuant Title 11 USC §1307(c)(1) on *Unreasonable delay by debtor that is prejudicial to Creditors,* (5) *denial of confirmation of a plan under 1325 of this title and denial of a request made for additional time for filing another plan or a modification of a plan,* 11 USC §1326 (a) (1) *Unless the court orders otherwise, the debtor shall commence making the payments proposed by a plan within 30 days after the plan is filed, payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier,* and (6) ~~on *Material default by the debtor with respect to a term of a confirmed plan,*~~ and ~~Title 11 USC §1324 (b) *on hearing of confirmation that shall to be held not earlier than 20 days and not later than 45 days after the date of the meeting of creditors under section 341 (a)*~~.

Case no. 14-09149 [EAG]  
FIRSTBANK Puerto Rico  
Page 2 of 2

2

*The aforementioned request of dismissal is based on congressional intent to prevent bankruptcy abuse*

## NOTICE

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this motion has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.  
Puerto Rico Local Bankruptcy Rule 9013-1(h)

In San Juan, Puerto Rico, on March 8, 2019

## CERTIFICATE OF SERVICE

**I hereby certify** that a copy was served by CM/ECF at the authorized address: - to all creditors, - to Atty. Alejandro Oliveras // Atty. José Carrión Morales, as Chapter 13 Trustee, and - to the attorney of the debtor(s) ROBERTO FIGUEROA CARRASQUILLO, and to debtor(s) by regular mail at the address on record, ELVIN ORTIZ ZAYAS, at PO BOX 2055, SALINAS, PUERTO RICO 00751.

BY:   /s/ María M. Benabe Rivera  
María M. Benabe Rivera  
Attorney for Movant - US - DC 208906  
Maricarmen Colón Díaz – US – DC 211410  
FIRSTBANK Puerto Rico  
Centro de Servicios al Consumidor – Código 248  
1130 Muñoz Rivera Ave., Rio Piedras, P R  
PO Box 9146, San Juan, PR 00908-0146  
maria.benabe@firstbankpr.com  
(787)729-8135 / (787)729-8276 /

[Rev.3/2019]

# FIRSTBANK

## Analysis Sheet to Determine Arrears to Trustee

| | |
|---|---|
| In Re | : ELVIN ORTIZ ZAYAS |
| Case Number | : 14-09149 |
| Account Number | : 8043 (M.EX.) |
| Date of File | : 11/04/2014 |
| Amount of Proof of Claim | : 3,872.37 |
| Plan | : 200 X 60 (12,000) ADICCIONAL 169.00/YR |
| Monthly Payment of | : 200 |
| Pass term | : 51 |
| Should have paid in | : 10,369 |
| Total paid in to plan | : 9,569 |
| Amount in Arrears | : 800 (4 ARREARS) |
| Printed on | : 02/25/2019 |
| Prepared by | : Marta Ríos |

Attachment A

**PRINT INQUIRY**  
14-09149-EAG  
ELVIN ORTIZ ZAYAS  

Close Window  

$200.00 MO/$169.00 YR  
Bar Date(s): 3/16/2015 (has passed) 5/4/2015 (has passed)  
Confirmed: 1/27/2015  
Case Status: ACTIVE-INT 3 AUDIT  

Trustee: ALEJANDRO OLIVERAS RIVERA  Attorney: ROBERTO FIGUEROA CARRASQUILLO*  

Click Here to Print this Page

### Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 12/4/2014 | 60.00 | $200.00 | MONTHLY | ELVIN ORTIZ ZAYAS | 11/10/2014 | |
| 12/4/2019 | end of plan | $0.00 | MONTHLY | ELVIN ORTIZ ZAYAS | 11/10/2014 | |

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 12/17/2018 | 1.00 | $169.00 | ANNUALLY | ELVIN ORTIZ ZAYAS | 12/17/2018 | |
| 12/17/2019 | end of plan | $0.00 | ANNUALLY | ELVIN ORTIZ ZAYAS | 12/17/2018 | |

### Forgive Information

| Date | Amount | Description |
|---|---|---|
| | | |

### Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 12/4/2014 | 1/3/2015 | $200.00 | $200.00 |
| 2 | 1/4/2015 | 2/3/2015 | $200.00 | $400.00 |
| 3 | 2/4/2015 | 3/3/2015 | $200.00 | $600.00 |
| 4 | 3/4/2015 | 4/3/2015 | $200.00 | $800.00 |
| 5 | 4/4/2015 | 5/3/2015 | $200.00 | $1,000.00 |
| 6 | 5/4/2015 | 6/3/2015 | $200.00 | $1,200.00 |
| 7 | 6/4/2015 | 7/3/2015 | $200.00 | $1,400.00 |
| 8 | 7/4/2015 | 8/3/2015 | $200.00 | $1,600.00 |
| 9 | 8/4/2015 | 9/3/2015 | $200.00 | $1,800.00 |
| 10 | 9/4/2015 | 10/3/2015 | $200.00 | $2,000.00 |
| 11 | 10/4/2015 | 11/3/2015 | $200.00 | $2,200.00 |
| 12 | 11/4/2015 | 12/3/2015 | $200.00 | $2,400.00 |
| 13 | 12/4/2015 | 1/3/2016 | $200.00 | $2,600.00 |
| 14 | 1/4/2016 | 2/3/2016 | $200.00 | $2,800.00 |
| 15 | 2/4/2016 | 3/3/2016 | $200.00 | $3,000.00 |
| 16 | 3/4/2016 | 4/3/2016 | $200.00 | $3,200.00 |
| 17 | 4/4/2016 | 5/3/2016 | $200.00 | $3,400.00 |
| 18 | 5/4/2016 | 6/3/2016 | $200.00 | $3,600.00 |
| 19 | 6/4/2016 | 7/3/2016 | $200.00 | $3,800.00 |
| 20 | 7/4/2016 | 8/3/2016 | $200.00 | $4,000.00 |
| 21 | 8/4/2016 | 9/3/2016 | $200.00 | $4,200.00 |
| 22 | 9/4/2016 | 10/3/2016 | $200.00 | $4,400.00 |
| 23 | 10/4/2016 | 11/3/2016 | $200.00 | $4,600.00 |
| 24 | 11/4/2016 | 12/3/2016 | $200.00 | $4,800.00 |
| 25 | 12/4/2016 | 1/3/2017 | $200.00 | $5,000.00 |
| 26 | 1/4/2017 | 2/3/2017 | $200.00 | $5,200.00 |
| 27 | 2/4/2017 | 3/3/2017 | $200.00 | $5,400.00 |
| 28 | 3/4/2017 | 4/3/2017 | $200.00 | $5,600.00 |
| 29 | 4/4/2017 | 5/3/2017 | $200.00 | $5,800.00 |
| 30 | 5/4/2017 | 6/3/2017 | $200.00 | $6,000.00 |
| 31 | 6/4/2017 | 7/3/2017 | $200.00 | $6,200.00 |
| 32 | 7/4/2017 | 8/3/2017 | $200.00 | $6,400.00 |
| 33 | 8/4/2017 | 9/3/2017 | $200.00 | $6,600.00 |
| 34 | 9/4/2017 | 10/3/2017 | $200.00 | $6,800.00 |
| 35 | 10/4/2017 | 11/3/2017 | $200.00 | $7,000.00 |
| 36 | 11/4/2017 | 12/3/2017 | $200.00 | $7,200.00 |
| 37 | 12/4/2017 | 1/3/2018 | $200.00 | $7,400.00 |
| 38 | 1/4/2018 | 2/3/2018 | $200.00 | $7,600.00 |
| 39 | 2/4/2018 | 3/3/2018 | $200.00 | $7,800.00 |
| 40 | 3/4/2018 | 4/3/2018 | $200.00 | $8,000.00 |
| 41 | 4/4/2018 | 5/3/2018 | $200.00 | $8,200.00 |
| 42 | 5/4/2018 | 6/3/2018 | $200.00 | $8,400.00 |
| 43 | 6/4/2018 | 7/3/2018 | $200.00 | $8,600.00 |
| 44 | 7/4/2018 | 8/3/2018 | $200.00 | $8,800.00 |
| 45 | 8/4/2018 | 9/3/2018 | $200.00 | $9,000.00 |
| 46 | 9/4/2018 | 10/3/2018 | $200.00 | $9,200.00 |
| 47 | 10/4/2018 | 11/3/2018 | $200.00 | $9,400.00 |
| 48 | 11/4/2018 | 12/3/2018 | $200.00 | $9,600.00 |
| 49 | 12/4/2018 | 1/3/2019 | $200.00 | $9,800.00 |
| 50 | 1/4/2019 | 2/3/2019 | $200.00 | $10,000.00 |
| 51 | 2/4/2019 | 3/3/2019 | $200.00 | $10,200.00 |
| 52 | 3/4/2019 | 4/3/2019 | $200.00 | $10,400.00 |
| 53 | 4/4/2019 | 5/3/2019 | $200.00 | $10,600.00 |
| 54 | 5/4/2019 | 6/3/2019 | $200.00 | $10,800.00 |
| 55 | 6/4/2019 | 7/3/2019 | $200.00 | $11,000.00 |
| 56 | 7/4/2019 | 8/3/2019 | $200.00 | $11,200.00 |
| 57 | 8/4/2019 | 9/3/2019 | $200.00 | $11,400.00 |
| 58 | 9/4/2019 | 10/3/2019 | $200.00 | $11,600.00 |
| 59 | 10/4/2019 | 11/3/2019 | $200.00 | $11,800.00 |
| 60 | 11/4/2019 | 12/3/2019 | $200.00 | $12,000.00 |
| Total | | | | $12,000.00 |

### Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 12/17/2018 | 12/16/2019 | $169.00 | $169.00 |
| Total | | | | $169.00 |

### Payments Expected for Step 3:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 12/4/2019 | 1/3/2020 | $0.00 | $0.00 |
| 2 | 1/4/2020 | 2/3/2020 | $0.00 | $0.00 |
| 3 | 2/4/2020 | 3/3/2020 | $0.00 | $0.00 |
| 4 | 3/4/2020 | 4/3/2020 | $0.00 | $0.00 |
| 5 | 4/4/2020 | 5/3/2020 | $0.00 | $0.00 |
| 6 | 5/4/2020 | 6/3/2020 | $0.00 | $0.00 |
| 7 | 6/4/2020 | 7/3/2020 | $0.00 | $0.00 |
| 8 | 7/4/2020 | 8/3/2020 | $0.00 | $0.00 |
| 9 | 8/4/2020 | 9/3/2020 | $0.00 | $0.00 |
| 10 | 9/4/2020 | 10/3/2020 | $0.00 | $0.00 |
| 11 | 10/4/2020 | 11/3/2020 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12 | 11/4/2020 | 12/3/2020 | | $0.00 | $0.00 |
| 13 | 12/4/2020 | 1/3/2021 | | $0.00 | $0.00 |
| 14 | 1/4/2021 | 2/3/2021 | | $0.00 | $0.00 |
| Total | | | | | $0.00 |

Payments Expected for Step 4:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 12/17/2019 | 12/16/2020 | $0.00 | $0.00 |
| Total | | | | $0.00 |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 12/2014 | $200.00 | $200.00 | | $0.00 |
| 2 | 1/2015 | $200.00 | $200.00 | | $0.00 |
| 3 | 2/2015 | $200.00 | $200.00 | | $0.00 |
| 4 | 3/2015 | $200.00 | $200.00 | | $0.00 |
| 5 | 4/2015 | $200.00 | | | $200.00 |
| 6 | 5/2015 | $200.00 | | | $400.00 |
| 7 | 6/2015 | $200.00 | $400.00 | | $200.00 |
| 8 | 7/2015 | $200.00 | $200.00 | | $200.00 |
| 9 | 8/2015 | $200.00 | $200.00 | | $200.00 |
| 10 | 9/2015 | $200.00 | $200.00 | | $200.00 |
| 11 | 10/2015 | $200.00 | $400.00 | | $0.00 |
| 12 | 11/2015 | $200.00 | | | $200.00 |
| 13 | 12/2015 | $200.00 | | | $400.00 |
| 14 | 1/2016 | $200.00 | | | $600.00 |
| 15 | 2/2016 | $200.00 | | | $800.00 |
| 16 | 3/2016 | $200.00 | | | $1,000.00 |
| 17 | 4/2016 | $200.00 | | | $1,200.00 |
| 18 | 5/2016 | $200.00 | | | $1,400.00 |
| 19 | 6/2016 | $200.00 | | | $1,600.00 |
| 20 | 7/2016 | $200.00 | | | $1,800.00 |
| 21 | 8/2016 | $200.00 | | | $2,000.00 |
| 22 | 9/2016 | $200.00 | | | $2,200.00 |
| 23 | 10/2016 | $200.00 | | | $2,400.00 |
| 24 | 11/2016 | $200.00 | $1,200.00 | | $1,400.00 |
| 25 | 12/2016 | $200.00 | $1,200.00 | | $400.00 |
| 26 | 1/2017 | $200.00 | | | $600.00 |
| 27 | 2/2017 | $200.00 | | | $800.00 |
| 28 | 3/2017 | $200.00 | | | $1,000.00 |
| 29 | 4/2017 | $200.00 | $1,000.00 | | $200.00 |
| 30 | 5/2017 | $200.00 | $400.00 | | $0.00 |
| 31 | 6/2017 | $200.00 | $200.00 | | $0.00 |
| 32 | 7/2017 | $200.00 | $200.00 | | $0.00 |
| 33 | 8/2017 | $200.00 | $200.00 | | $0.00 |
| 34 | 9/2017 | $200.00 | | | $200.00 |
| 35 | 10/2017 | $200.00 | $200.00 | | $200.00 |
| 36 | 11/2017 | $200.00 | $200.00 | | $200.00 |
| 37 | 12/2017 | $200.00 | $400.00 | | $0.00 |
| 38 | 1/2018 | $200.00 | | | $200.00 |
| 39 | 2/2018 | $200.00 | $0.00 | | $400.00 |
| 40 | 3/2018 | $200.00 | $400.00 | | $200.00 |
| 41 | 4/2018 | $200.00 | | | $400.00 |
| 42 | 5/2018 | $200.00 | $400.00 | | $200.00 |
| 43 | 6/2018 | $200.00 | | | $400.00 |
| 44 | 7/2018 | $200.00 | | | $600.00 |
| 45 | 8/2018 | $200.00 | $600.00 | | $200.00 |
| 46 | 9/2018 | $200.00 | $400.00 | | $0.00 |
| 47 | 10/2018 | $200.00 | $200.00 | | $0.00 |
| 48 | 11/2018 | $200.00 | | | $200.00 |
| 49 | 12/2018 | $369.00 | $169.00 | | $400.00 |
| 50 | 1/2019 | $200.00 | | | $600.00 |
| 51 | 2/2019 | $200.00 | | | $800.00 |

Total Delinquent Amount: $800.00

Department of Defense Manpower Data Center 

Results as of : Mar-06-2019 02:48:56 PM

SCRA 4.10



## Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-6533 |
| Birth Date: | |
| Last Name: | ORTIZ ZAYAS |
| First Name: | ELVIN |
| Middle Name: | |
| Status As Of: | Mar-06-2019 |
| Certificate ID: | GTQR2W6MXDJ3SHH |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

Label Matrix for local noticing
0104-2
Case 14-09149-EAG13
District of Puerto Rico
Ponce
Mon Feb 25 08:57:10 AST 2019

US Bankruptcy Court District of PR
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964


Cerastes, LLC
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132


IRS
PO Box 7346
Philadelphia, PA 19101-7346




(p)MERCEDES BENZ FINANCIAL SERVICES
13650 HERITAGE PARKWAY
FORT WORTH TX 76177-5323



Sears/cbna
PO Box 6189
Sioux Falls, SD 57117-6189



Synchrony Bank
c/o of Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605


ELVIN ORTIZ ZAYAS
PO BOX 2055
SALINAS, PR 00751-2001

CERASTES LLC
WEINSTEIN & RILEY PS
2001 WESTERN AVE SUITE 400
SEATTLE, WA 98121-3132



Capital Recovery V, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605



Dish Network
PO Box 94063
Palatine, IL 60094-4063



Island Finance
PO Box 71504
San Juan, PR 00936-8604




Mercedes Benz Financial Services
PO Box 685
Roanoke, TX 76262-0685




Syncb/JC Penney PR
PO Box 965007
Orlando, FL 32896-5007



Toledo & Toledo Law Office
Osvaldo Toledo Martinez
PO Box 190938
San Juan, PR 00919-0938


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

MONEY EXPRESS
PO BOX 9146
SAN JUAN, PR 00908-0146



Caribe Federal Credit Union
195 Oneill St.
San Juan, PR 00918-2404



First Bank Of Puerto Rico
Money Express
PO Box 9146
San Juan, PR 00908-0146



MONEY EXPRESS
CONSUMER SERVICE CENTER
BANKRUPTCY DIVISON (CODE 248)
PO BOX 9146
SAN JUAN PR 00908-0146


SANTANDER FINANCIAL D/B/A ISLAND FINANCE
PO BOX 195369
SAN JUAN PR 00919-5369



Syncb/Sams Club
PO Box 965005
Orlando, FL 32896-5005



ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Mercedes Benz Financial Services
PO Box 5209
Carol Stream, IL 60197-5209

End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23